UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-718 DSD/JMM

COLLENE M. MARTIN,

Plaintiff,

v.

WILLIAM J. HENDERSON,
POSTMASTER GENERAL, UNITED STATES
POSTAL SERVICE,

Defendant.

**O R D E R**

Based upon the stipulation of the parties and for good cause shown, it is hereby **ORDERED** that any and all claims arising from Plaintiff Collene M. Martin's employment with the United States Postal Service that were brought, or could have been brought, up to and including February 22, 2001, are hereby dismissed with prejudice.

**SO ORDERED.**

Dated: 4/2/01

DAVID S. DOTY
United States District Court Judge

FILED 4-2-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK